STELLA MARTELLOTTA, Plaintiff, v. MICHELE DE LIA et al., Defendants.— Submitted controversy determined in favor of plaintiff, without costs. Question submitted answered in the negative and judgment directed accordingly. All

concur. (Submission of a controversy on an agreed statement of facts in an action to compel specific performance.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.